UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| MATTHEW J. SZULIK, et al., | SUGGESTION OF BANKRUPTCY OF |
| Plaintiffs, | TAG VIRGIN ISLANDS |
| v. | |
| TAG VIRGIN ISLANDS, INC., et al., | 12 Civ. 1827 (PKC) |
| Defendants. | |

_____

PLEASE TAKE NOTICE that, on March 21, 2012, TAG Virgin Islands, LLC filed for protection under Chapter 7 of the United States Bankruptcy Code before the United States Bankruptcy Court for the District of the U.S. Virgin Islands.

Dated: March 24, 2012

                                    John J. Phelan, III, P.C.

                                    By /S/_____
                                        A member
                                    Attorney for Defendant Barry Feiner
                                    1325 Avenue of the Americas,
                                          27th Floor
                                    New York, NY 10019
                                    (212) 315-3082
                                    Email: jjphelaniii@att.net

CERTIFICATE OF SERVICE

John J. Phelan, III, hereby certifies that, on March 24, 2012, the within Notice of Appearance was served by filing it electronically with the Clerk who will serve it on all counsel via the ECF system.

/S/_____
John J. Phelan, III